BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

## PROSKAUER ROSE LLP

Katharine H. Parker
Member of the Firm

Direct Dial 212.969.3008
kparker@proskauer.com

March 14, 2008

**_Via Facsimile_**

Honorable James C. Francis IV
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

Re:   Gloria Deanna Dickerson v. United Way of New York City
      Civil Action No. 07-11627 (GEL)

Dear Judge Francis:

We represent the Defendant in the above-captioned matter. We request a two-day extension of
time to file Defendant's Reply in Support of Its Motion to Dismiss from Monday, March 17,
2008 to Wednesday, March 19, 2008. We have attempted to contact Plaintiff but have not heard
back from her. No further extensions will be needed. We thank the Court for its consideration.

Respectfully submitted,

_Katharine H. Parker_

Katharine H. Parker

cc:   Honorable Gerard E. Lynch (by facsimile)
      Gloria Deanna Dickerson (by email and facsimile)

3/17/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ