UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __16__

---

_Dickerson_

-v-

_United Way of NYC_

---

U.S.C.A. # _____

U.S.D.C. # __07-CV-11627__

JUDGE: __GEL__

DATE: __4/25/2008__

[Stamp: APR 25 2008]

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** -----------------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                                    DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                                       (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __25th__ Day of __April__, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dickerson

-v-

United Way of NYC

U.S.C.A. # _____

U.S.D.C. # 07-cv-11627

JUDGE: GEL

DATE: 4/25/2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __15__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CASREF, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-11627-GEL-JCF
### Internal Use Only

Dickerson v. United Way of New York City
Assigned to: Judge Gerard E. Lynch
Referred to: Magistrate Judge James C. Francis
Demand: $2,000,000
Cause: 42:1981 Civil Rights

Date Filed: 12/28/2007
Date Terminated: 04/16/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2007 | 1 | COMPLAINT against United Way of New York City. (Filing Fee $ 350.00, Receipt Number 637042)Document filed by Gloria Deanna Dickerson.(jpo) (Entered: 01/03/2008) |
| 12/28/2007 |   | SUMMONS ISSUED as to United Way of New York City. (jpo) (Entered: 01/03/2008) |
| 12/28/2007 |   | Magistrate Judge James C. Francis is so designated. (jpo) (Entered: 01/03/2008) |
| 01/07/2008 | 2 | SUMMONS RETURNED EXECUTED Summons and Complaint served. United Way of New York City served on 1/4/2008, answer due 1/24/2008. Service was accepted by Linda Carraington (Benefits Coordinator). Document filed by Gloria Deanna Dickerson. (jar) (Entered: 01/14/2008) |
| 01/28/2008 | 3 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge James C. Francis. (Signed by Judge Gerard E. Lynch on 1/10/2008) (jar) (Entered: 01/28/2008) |
| 02/19/2008 | 4 | ENDORSED LETTER addressed to Magistrate Judge James C. Francis, IV from Katherine H. Parker dated 1/22/08 re:Defendant requests that their time to move, answer or otherwise respond to the complaint be extended until 2/25/08. ENDORSEMENT: Application granted. So Ordered. (Signed by Magistrate Judge James C. Francis on 2/15/08) (pl) (Entered: 02/19/2008) |
| 02/25/2008 | 5 | MOTION to Dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Document filed by United Way of New York City.(rw) (Entered: 02/26/2008) |
| 02/25/2008 | 6 | MEMORANDUM OF LAW in Support re: 5 MOTION to Dismiss. Document filed by United Way of New York City. (rw) (Entered: 02/26/2008) |
| 02/25/2008 | 7 | NOTICE of to Pro Se Litigant who opposes a Rule 12 motion supported by matters outside the pleadings re: 5 MOTION to Dismiss. Document filed by United Way of New York City. (rw) (Entered: 02/26/2008) |
| 02/25/2008 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by United Way of New York City.(pl) (Entered: 02/28/2008) |
| 03/11/2008 | 12 | AFFIDAVIT of Gloria Deanna Dickerson in Opposition re: 5 MOTION to Dismiss.. Document filed by Gloria Deanna Dickerson. (pl) (Entered: 04/01/2008) |
| 03/17/2008 | 9 | ENDORSED LETTER addressed to Magistrate Judge James C. Francis from Katherine H. Parker dated 3/14/08 re: Counsel for defendant requests a two day extension of time to file Defendant's Reply in Support of Its Motion to Dismiss from Monday, March 17, 2008 to Wednesday, March 19, 2008. ENDORSEMENT: Application GRANTED. So Ordered. (Signed by Magistrate Judge James C. Francis on 3/17/08) (js) (Entered: 03/17/2008) |
| 03/18/2008 | 11 | AFFIRMATION of Gloria Deanna Dickerson in Opposition. Document filed by Gloria Deanna Dickerson. (pl) Modified on 3/20/2008 (pl). (Entered: 03/20/2008) |
| 03/19/2008 | 10 | REPLY MEMORANDUM OF LAW in Support re: 5 MOTION to Dismiss. Document filed by Gloria Deanna Dickerson. (pl) (Entered: 03/20/2008) |
| 04/15/2008 | 13 | OPINION AND ORDER # 95965, defendant's motion to dismiss for failure to state a claim is granted, and the complaint is dismissed re: 5 MOTION to Dismiss, filed by United Way of New York City. (Signed by Judge Gerard E. Lynch on 4/15/08) (cd) Modified on 4/16/2008 (rw). (Entered: 04/16/2008) |
| 04/15/2008 |   | Transmission to Judgments and Orders Clerk. Transmitted re: 13 Memorandum & Opinion, to the Judgments and Orders Clerk. (cd) (Entered: 04/16/2008) |
| 04/16/2008 | 14 | CLERK'S JUDGMENT That for the reasons stated in the Court's Opinion and Order dated April 15, 2008, defendants motion to dismiss for failure to state a claim is granted, and the complaint is dismissed. (Signed by J. Michael McMahon, clerk on 4/16/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 04/16/2008) |
| 04/17/2008 | 15 | NOTICE OF APPEAL from 14 Clerk's Judgment. Document filed by Gloria Deanna Dickerson. Filing fee $ 455.00, receipt number E 648482. Copies mailed to attorney(s) of record: Corporation Counsel. (tp) (Entered: 04/24/2008) |
| 04/18/2008 |   | Mailed notice of Right to Appeal to Pro Se Litigant(s): Gloria Deanna Dickerson and to Attorney(s) of Record: Katharine Huth Parker. (ama) (Entered: 04/18/2008) |
| 04/24/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 15 Notice of Appeal. (tp) (Entered: 04/24/2008) |
| 04/24/2008 |   | Transmission of Notice of Appeal to the District Judge re: 15 Notice of Appeal. (tp) (Entered: 04/24/2008) |